# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

ALEK A. HANSEN,
as administrator of the
estate of Debra Arbuckle,

        Plaintiff,

v.                                        Case No: 20-2480-JWB

KALEB DAILEY,

        Defendant,

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed November 23, 2021, that Defendant Kaleb Dailey's motion for summary judgment (Doc. 20) is GRANTED.  The action is hereby DISMISSED.

   November 23, 2021                             SKYLER O'HARA
         Date                                               CLERK OF THE DISTRICT COURT

                                                        by:   s/ Joyce Roach
                                                                  Deputy Clerk